UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Jose Vazquez**

       Plaintiff

       v.

CIVIL ACTION NO.:
20-11343-FDS

**SLSCO, LTD.**

       Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
May 19, 2022

Saylor, C.J.

In accordance with the Settlement Order Granting Final Approval of Class Action Settlement entered on May 19, 2022.

    Having found that the Settlement Agreement is fair and reasonable, the Court, in the interests of justice, directs that judgment concerning the Settlement Agreement be entered as to all parties and claims in this action.

    So Ordered.

                         /s/ F. Dennis Saylor, IV
                         F. Dennis Saylor, IV
                         United States District Judge